IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 3: 06-CR-41 (CAR) |
| ANTONIO MARTINEZ, | VIOLATIONS: Drug Related |
| Defendant | |

## O R D E R

On April 1, 2009, defendant ANTONIO MARTINEZ filed a MOTION FOR BOND wherein he avers that he was previously being held in the custody of the Bureau of Prisons while serving a sentence of incarceration imposed December 21, 2006 on a revocation of a sentence of supervised release. Defendant Martinez further advises that because of this, this court previously held in abeyance consideration of the issue of release from custody in the above-captioned prosecution when he appeared before the undersigned for an initial appearance hearing. Tab #664.

At a hearing before the undersigned on April 6, 2009, the court considered the defendant's request, hearing argument from both counsel for the defendant, Mr. Larry K. Moore, and counsel for the government, Assistant U. S. Attorney Tamara Jarrett. The court was advised that Mr. Martinez is currently awaiting sentencing after having entered a plea of guilty in this proceeding. Considering the defendant's request in light of provisions of 18 U.S.C. §3143(a), the undersigned finds that the defendant would pose a serious risk of flight and a danger to the community were he to be released from custody at this time.

Accordingly, defendant's request for bond is DENIED and he is committed to the custody of the United States Marshal for the Middle District of Georgia to await disposition of his case. In the meantime, the defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED AND DIRECTED, this 10th day of APRIL, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE